NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BECKMAN COULTER, INC.,**
*Appellant*

**v.**

**SIRIGEN II LIMITED,**
*Appellee*

---

2024-1512

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01207.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                BECKMAN COULTER, INC. V. SIRIGEN II LIMITED

(2)  Each side shall bear their own costs.


FOR THE COURT


July 15, 2024                        Jarrett B. Perlow
   Date                              Clerk of Court


**ISSUED AS A MANDATE:** July 15, 2024